UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 96-10032-DPW |
| | ) | |
| JOSEPH BRADSHAW | ) | |

## NOTICE

The government respectfully notifies the Court that, although the second doses of vaccine were slightly delayed in arriving at ADX owing to extreme weather conditions, undersigned counsel has been advised that Mr. Bradshaw received the second dose of the Moderna vaccine yesterday, February 22, 2021.

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By:  /s/Robert E. Richardson
    ROBERT E. RICHARDSON
    Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Suffolk, ss:        February 23, 2021

    I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    /s/Robert E. Richardson
    ROBERT E. RICHARDSON

1